**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number:
Ensan Odeh
v.                                                            FILED: MAY 5, 2008
Attorney General Michael Muskasey et al.                      08CV2536 NF
                                                              JUDGE DOW
                                                              MAGISTRATE JUDGE SCHENKIER

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Ensan Odeh

| |
|---|
| NAME (Type or print) <br> Patricia Kemling |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Patricia Kemling |
| FIRM <br> Council on American-Islamic Relations, Chicago Chapter (CAIR-Chicago) |
| STREET ADDRESS <br> 28 E. Jackson, Suite 1410 |
| CITY/STATE/ZIP <br> Chicago/IL/60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6294379 | 312.212.1520 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐