**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Ensan Odeh
                    Plaintiff,

v.                                           Case No.: 1:08−cv−02536
                                                             Honorable Robert M. Dow Jr.

Michael Mukasey, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 10, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Status hearing held on 7/10/2008. Plaintiff's oral motion to volutarily dismiss the above−entitled case without prejudice is granted and so ordered. Civil case terminated. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.